**01–2120.  State ex rel. Green v. Eighth Dist. Court of Appeals.**

In Mandamus and Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–2125.  Wojcik v. Option One Mtge. Corp.**

Certified State Law Question, No. 0114355. On review of preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The court declines to answer the following certified questions:

"1. Did the inclusion of Ohio Revised Code § 5301.234 in House Bill No. 163 of the 123d General Assembly violate the single subject provision of Article II, § 15(D) of the Ohio Constitution?

"2. Did the adoption of Ohio Revised Code § 5301.234 violate Article IV, § 5(B) of the Ohio Constitution?"

This cause is therefore dismissed.

RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., and DOUGLAS, J., dissent.

**01–2144.  State ex rel. Way v. Ohio Dept. of Rehab. & Corr.**

In Mandamus. On motion for issuance of alternative writ, motion to produce/transmit record, and answer of respondents.

On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–2146.  State ex rel. McKinley v. Judges of the Eighth Dist. Court of Appeals.**

In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–2150.  State ex rel. Mitchell v. Mengel.**

In Mandamus. On motion to dismiss, motion for an order instructing the Clerk to serve summons upon Schering Corporation, and motion for leave to amend complaint. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–2173.  In re Miller.**

Certified State Law Question, No. 0014433. On review of preliminary memorandum pursuant to S.Ct.Prac.R. XVIII(6) and on motion for leave to file preliminary memorandum of Ohio Attorney General with preliminary memorandum attached.

The court declines to answer the following certified questions:

"1. Did the inclusion of Ohio Revised Code § 5301.234 in House Bill No. 163 of the 123d General Assembly violate the single subject provision of Article II, § 15(D) of the Ohio Constitution?

"2. Did the adoption of Ohio Revised Code § 5301.234 violate Article IV, § 5(B) of the Ohio Constitution?"

This cause is therefore dismissed.

RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., and DOUGLAS, J., dissent.

**01–2238.  Garcia v. Konteh.**

In Habeas Corpus. On petition for writ of habeas corpus by Luciano Garcia. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., not participating.

## MOTION DOCKET

**86–512.  State v. Byrd.**

Hamilton App. No. C–830676. Upon consideration of appellee's motion for scheduling order,

IT IS ORDERED by the court that the motion for scheduling order be, and hereby is, denied.

PFEIFER, J., not participating.